UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**08-23364-CIV-MORENO**

JOSE GONZALEZ,

    Plaintiff,

vs.

WAYNE PEART, *et al.*,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's *pro se* civil rights complaint **(D.E. No. 1)**, filed on **December 12, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 7)** on **January 16, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 7)** on **January 16, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915 (e) (2) (B) (ii) with prejudice. This case is CLOSED, and all pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of February, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to: United States Magistrate Judge Patrick A. White

Counsel and Parties of Record